CAPOCCIA BUILDERS, APPELLEE, *v.* FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES; WORTHINGTON CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLANT.

[Cite as *Capoccia Builders v. Franklin Cty. Bd. of Revision* (1998), 81 Ohio St.3d 688.]

(No. 98–83—Submitted April 21, 1998—Decided May 13, 1998.)

*Todd W. Sleggs,* for appellee Capoccia Builders.

*Bricker & Eckler LLP, Charles F. Glander* and *Mary W. Leslie,* for appellant Worthington City School District Board of Education.

*Per Curiam.* *Sua sponte,* the court finds the decision of the Board of Tax Appeals unreasonable and unlawful and reverses it upon the authority of *Elkem Metals Co., L.P. v. Washington Cty. Bd. of Revision* (1998), 81 Ohio St.3d 683, 693 N.E.2d 276, decided today.

*Decision reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.